## No. 11,916.

### Van Schooten v. The People.

Decided September 19, 1927.

Plaintiff in error was convicted of having in his possession a still for the manufacture of intoxicating liquor.

### *Affirmed.*

### *On Application for Supersedeas.*

1.  Criminal Law—*Instructions.* Insufficiency of the court's oral instructions cannot be assigned as error on review where there was no exception on that ground.

2.  *Verdict—Form.* In a criminal prosecution for unlawful possession of a still, a verdict, which omitted the words, "used, designed and intended for the manufacture of intoxicating liquors," and substituted the words, "in manner and form as charged in the information," not disturbed on review, where there was no objection or exception thereto.

*Error to the District Court of Kiowa County, Hon. Samuel D. Trimble, Judge.*

Mr. JAMES C. LANG, Mr. JOHN H. VOORHEES, for plaintiff in error.

Mr. WILLIAM L. BOATRIGHT, Attorney General, Mr. WILLIAM W. GAUNT, Assistant, for the people.

*Department One.*

MR. JUSTICE DENISON delivered the opinion of the court.

THE plaintiff in error was convicted upon the charge of owning, operating and having in possession a still, used, designed and intended for the manufacture of intoxicating liquors. He brings error and moves for supersedeas. No instructions were requested. The court instructed the jury orally without objection or exception. It is now claimed that the instructions were not sufficient as to the issues of the case, and that no exception was necessary under *White v. People,* 79 Colo. 261, 268, 245 Pac. 349. That case does not so hold, therefore, since there was no exception to the sufficiency of the court's statement of the issues, the insufficiency thereof, if any, cannot be assigned as error. Rule 7.

The verdict, which was in form as instructed by the court, omitted the words, "used, designed and intended for the manufacture of intoxicating liquors," and substituted the words, "in manner and form as charged in the information," but there was no objection or exception to the verdict or its form.

Supersedeas denied and judgment affirmed.

MR. CHIEF JUSTICE BURKE, MR. JUSTICE WHITFORD and MR. JUSTICE SHEAFOR concur.